# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALED ALI HAMMAD,<br><br>         Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALES, et.al.,<br><br>         Respondents.<br>_____/ | CV F   06-1196 AWI DLB HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER<br><br>[Doc. 11] |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Now pending before the Court is Respondent's motion for an extension of time to file an answer to the petition, filed December 26, 2006. (Court Doc. 11.)

GOOD CAUSE having been demonstrated, Respondent's motion for an extension of time is GRANTED, and an answer shall be filed on or before March 2, 2007.


IT IS SO ORDERED.

**Dated:      January 18, 2007**                        **/s/ Dennis L. Beck**
ah0l4d                                                           UNITED STATES MAGISTRATE JUDGE

1