UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHALED ALI HAMMAD, | ) | 1:06-CV-01196 LJO DLB HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS |
| v. | ) | [Doc. #13] |
| | ) | |
| ALBERTO GONZALES, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

_____Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 15, 2007, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was released from custody on bond on January 31, 2007. The Court further notes that the orders served on Petitioner were returned by the U.S. Postal Service as undeliverable with the following notation: "Out of Custody."

Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED and the Petition is DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    March 14, 2007**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                              UNITED STATES DISTRICT JUDGE